# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORACLE USA, INC, *et. al.*,

    Plaintiffs,

vs.

SAP AG, *et. al.*,

    Defendants.

Case No. 2:09-cv-01591-KJD-GWF

**ORDER**

Motion to File Under Seal (Dkt. # 32)

    This matter is before the Court on Non-Parties Seth Ravin and Rimini Street's Motion for Permission to File Under Seal the Declaration of Beth Lester and Exhibit Z in Support of the Non-Parties' Opposition to Oracle's Motion to Compel Seth Ravin to Answer Deposition Questions and to Compel Rimini Street to Produce Documents (Dkt. #32), filed September 17, 2009. After considering the parties' requests,

    **IT IS HEREBY ORDERED** that Non-Parties Seth Ravin and Rimini Street's Motion for Permission to File Under Seal (Dkt. #32) is **granted**. Non-Parties Seth Ravin and Rimini Street may file under seal the Declaration of Beth Lester and Exhibit Z in Support of the Non-Parties' Opposition to Oracle's Motion to Compel Seth Ravin to Answer Deposition Questions and to Compel Rimini Street to Produce Documents (Dkt. #28).

    DATED this 21st day of September, 2009.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**