1  Aaron D. Ford (NSBN 7704)
   SNELL & WILMER LLP
2  3882 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV  89169
   Email: aford@swlaw.com
4  Telephone: (702) 784-5265
   Facsimile:  (702) 784-5252
5

6
   Jonathan M. Jacobson  (Admitted Pro Hac
7  Vice)
   Michael B. Levin (Admitted Pro Hac Vice)
8  WILSON SONSINI GOODRICH & ROSATI,
   P.C.
9  650 Page Mill Road
   Palo Alto, CA  94304-1050
10 Email: jjacobson@wsgr.com
   Email: mlevin@wsgr.com
11 Telephone: (650) 493-9300
12 Facsimile:  (650) 565-5100

13 Attorneys for Non-Parties
   RIMINI STREET, INC. and
14 SETH RAVIN

15

16

17                       UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA
18

19 | ORACLE USA, INC., a Colorado | CASE NO. 2:09-CV-01591 KJD (GWF) |
20 | corporation, *et al.,* | |
   | | Pending in CASE NO. 07-CV-01658 PJH |
21 | Plaintiffs, | (EDL) (N.D. Cal.) |
22 | v. | |
23 | SAP AG, a German corporation, *et al.,* | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO VACATE THE STIPULATION AND ORDER FINDING NON-PARTIES RIMINI STREET, INC. AND SETH RAVIN IN CIVIL CONTEMPT** |
24 | Defendants. | |
25
26
27
28

**[PROPOSED] ORDER**

Pending before this Court is Non-Party Rimini Street, Inc.'s and Non-Party Seth Ravin's (together, "the Non-Parties'") Unopposed Motion to Vacate the Stipulation and Order Finding Non-Parties Rimini Street, Inc. and Seth Ravin in Civil Contempt. Having considered the Non-Parties' motion, compelling reasons having been shown and good cause existing:

IT IS HEREBY ORDERED THAT: the Non-Parties' Motion to Vacate the Stipulation and Order Finding Non-Parties Rimini Street, Inc. and Seth Ravin in Civil Contempt is GRANTED, and the Stipulation and Order Finding Non-Parties Rimini Street, Inc. and Seth Ravin in Civil Contempt (Docket No. 47) is VACATED.

**IT IS SO ORDERED.**

Dated: __December 1__, 2010

By: _____
Kent J. Dawson
United States District Judge

2